UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DOUGLASS, | Case No. 2:16-CV-02601-R-AGR |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| vs. | Hon. Manuel L. Real<br>Magistrate Alicia G. Rosenberg |
| USAA SAVINGS BANK, INC.; USAA FEDERAL SAVINGS BANK, INC.; USAA CASUALTY INSURANCE, INC., a business entity, form unknown; BANK OF AMERICA, INC. or BANK OF AMERICA, N.A., a business entity, form unknown; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and DOES 1-50, Inclusive, | |
| Defendants. | |

JUDGMENT OF DISMISSAL

On July 18, 2016, the Court granted Defendant Bank of America, N.A.'s ("BANA") Motion to Dismiss Plaintiff Lisa Douglass's ("Plaintiff") First Amended Complaint.

Accordingly, following the Court's Order granting BANA's Motion to Dismiss Plaintiff's First Amended Complaint, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE** as to BANA. A final **JUDGMENT OF DISMISSAL** is hereby entered against Plaintiff and in favor of BANA.

**IT IS SO ORDERED.**

Dated: July 22, 2016

                                              Honorable Manuel L. Real
                                              UNITED STATES DISTRICT JUDGE